**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Ohio

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | ADOC SSF, LLC | |
| 2. **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 92-0483792 | |
| 4. **Debtor's address** | **Principal place of business** 1425 NE Plain City-Georgesville Road Number    Street  West Jefferson    OH    43162 City    State    ZIP Code  Madison County County | **Mailing address, if different from principal place of business** Number    Street  P.O. Box  City    State    ZIP Code  **Location of principal assets, if different from principal place of business** Number    Street  City    State    ZIP Code |
| 5. **Debtor's website (URL)** | | |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

| Debtor | ADOC SSF, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*
☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.
5417

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No
☐ Yes. District _____ When __/__/____ Case number _____
              MM / DD / YYYY

If more than 2 cases, attach a separate list.

District _____ When __/__/____ Case number _____
              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes. Debtor AmplifyBio, LLC                Relationship Affiliate
       District Southern District of Ohio    When 5/16/2025
                                                  MM / DD / YYYY

List all cases. If more than 1, attach a separate list.

Case number, if known _____

| Official Form 201 | Voluntary Petition for Non-Individuals Filing for Bankruptcy | page 2 |

| Debtor | ADOC SSF, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                       Number    Street

_____
City                              State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  ADOC SSF, LLC
        Name

Case number (if known) _____

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/16/2025
            MM / DD / YYYY

X _____    Kasey Rosado
Signature of authorized representative of debtor    Printed name

Title Chief Restructuring Officer

**18. Signature of attorney**

X _____    Date 05/16/2025
Signature of attorney for debtor        MM / DD / YYYY

Scott N. Opincar
Printed name

McDonald Hopkins LLC
Firm name

600 Superior Ave Suite 2100
Number    Street

Cleveland                    OH        44114
City                         State     ZIP Code

2163485400                   sopincar@mcdonaldhopkins.com
Contact phone                Email address

0064027                      Ohio
Bar number                   State

**Fill in this information to identify the case and this filing:**

Debtor Name: ADOC SSF, LLC

United States Bankruptcy Court for the: Southern District of Ohio

Case number (if known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration   Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/16/2025
MM / DD / YYYY

X  _____
Signature of individual signing on behalf of debtor

Kasey Rosado
Printed name

Chief Restructuring Officer
Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |
| Debtor name: AmplifyBio, LLC |
| United States Bankruptcy Court for the: Southern District of Ohio |
| Case number (If known): _____ |

☐ Check if this is an amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | BATTELLE SERVICES COMPANY, INC. ATTN GENERAL COUNSEL 505 KING AVENUE COLUMBUS, OH, 43201 | GENERAL COUNSEL AUSTINR@BATTELLE.ORG | CONVERTIBLE NOTES | | | | 3,252,276.70 |
| 2 | BATTELLE MEMORIAL INSTITUTE 505 KING AVENUE COLUMBUS, OH, 43201 | CHRIS BOYNTON, CHIEF FINANCIAL OFFICER 614-424-7208 BOYTONC@BATTELLE.ORG | CONTRACT | | | | 1,891,410.40 |
| 3 | KAVRA 14 LLC C/O VIKING GLOBAL INVESTORS LP 600 WASHINGTON BLVD., 11TH FLOOR STAMFORD, CT, 06901 | GENERAL COUNSEL LEGALNOTICES@VIKINGGLOBAL.COM | CONVERTIBLE NOTES | | | | 1,800,853.43 |
| 4 | JOBSOHIO 41 SOUTH HIGH STREET SUITE 1500 COLUMBUS, OH, 43215 | DON GRUBBS, GENERAL COUNSEL 614-224-6446 | GRANTS | | | | 1,500,000.00 |
| 5 | HCP LSE PROPERTY MANAGER, LLC BANK OF AMERICA - FILE 51142 LOS ANGELES, CA, 90074 | ANDREW JOHNS, CFA SENIOR VICE PRESIDENT FINACE AND INVESTOR RELATIONS INVESTORRELATIONS@HEALTHPEAK.COM | LEASE | Unliquidated | | | 1,201,156.15 |
| 6 | KAVRA 14 LLC C/O VIKING GLOBAL INVESTORS LP 600 WASHINGTON BLVD., 11TH FLOOR STAMFORD, CT, 06901 | GENERAL COUNSEL LEGALNOTICES@VIKINGGLOBAL.COM | CONVERTIBLE NOTES | | | | 886,987.49 |
| 7 | FARNAM STREET FINANCIAL, INC. 5850 OPUS PARKWAY SUITE 240 MINNETONKA, MN, 55343 | BLAKE APPELHOF, REGIONAL SALES DIRECTOR 952-767-1445 BAPPELHOF@FARNAMSTREET.NET | LEASE | Unliquidated | | | 730,439.13 |
| 8 | FISHER SCIENTIFIC 13551 COLLECTIONS CTR DR CHICAGO, IL, 60693 | RAFAEL TEJADA, VICE PRESIDENT, INVESTOR RELATIONS 781-622-1111 INVESTORRELATIONS@THERMOFISHER.COM | TRADE | | | | 536,526.03 |

| Debtor | AmplifyBio, LLC | Case number (if known) | | |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | MESSER CONSTRUCTION CO.  643 W. COURT STREET  CINCINNATI, OH, 45203 | PETE BERGMAN, VICE PRESIDENT, CINCINNATI REGION LEADER  513-242-6498  MRIEF@MESSER.COM | TRADE | | | | 443,263.49 |
| 10 | MARSHALL BIORESOURCES  5800 LAKE BLUFF ROAD  NORTH ROSE, NY, 14516 | CFO OR GENERAL COUNSEL  315-587-2295  INFOUS@MARSHALLBIO.COM | LEASE | | | | 351,140.70 |
| 11 | VELOXITY LABS, LLC  801 W MAIN STREET  PEORIA, IL, 61606 | SHANE NEEDHAM, PRESIDENT AND CEO  858-455-0300  INFO@VELOXITYLABS.COM | TRADE | | | | 282,582.00 |
| 12 | BENCHLING, INC.  680 FOLSOM STREET, 8TH FLOOR  SAN FRANCISCO, CA, 94107 | SAJITH WICKRAMASEKARA, CEO AND CO-FOUNDER  415-590-2798  INQUIRIES@BENCHLING.COM | TRADE | | | | 280,000.00 |
| 13 | VEEVA SYSTEMS INC.  4280 HACIENDA DRIVE  PLEASANTON, CA, 94588 | PETER GASSNER, FOUNDER AND CEO  925-452-6500  IR@VEEVA.COM | TRADE | | | | 249,161.01 |
| 14 | CASDIN PARTNERS MASTER FUND, L.P  1350 6TH AVE., STE 2600  NEW YORK, NY, 10019 | | CONVERTIBLE NOTES | | | | 238,649.45 |
| 15 | RNAV8 BIO INC.  29851 WEATHERWOOD  LAGUNA NIGUEL, CA, 92677 | DEVAN SHAH, CHIEF EXECUTIVE OFFICER AND FOUNDER  INFO@RNAV8BIO.COM | TRADE | Disputed Unliquidated | | | 200,000.00 |
| 16 | ELEMENTAL MACHINES, INC.  185 ALEWIFE BROOK PARKWAY, SUITE 401  CAMBRIDGE, MA, 02138 | ROB ESTRELLA, CHIEF EXECUTIVE OFFICER  617-871-9692  HELP@ELEMENTALMACHINES.COM | TRADE | | | | 184,746.58 |
| 17 | BAKER BOTTS L.L.P.  P.O. BOX 301251  DALLAS, TX, 75303-1251 | LUKE A. WEEDON, PARTNER IN CHARGE  214-953-6503  LUKE.WEEDON@BAKERBOTTS.COM | PROFESSIONAL SERVICES | | | | 174,892.74 |
| 18 | RSM US LLP  5155 PAYSPHERE CIRCLE  CHICAGO, IL, 60674 | BRIAN BECKER, MANAGING PARTNER & CEO  312-634-3400  BRIAN.BECKER@RSMUS.COM | TRADE | | | | 158,109.55 |
| 19 | CONVERGINT TECHNOLOGIES LLC  35257 EAGLE WAY  CHICAGO, IL, 60678-1352 | ANN FANDOZZI, CHIEF EXECUTIVE OFFICER  224-419-7997  MAZEN.MOGHANNAM@CONVERGINT.OCM | TRADE | | | | 146,935.36 |
| 20 | DESIGN GROUP FACILITY SOLUTIONS, INC  5 CHENELL DRIVE  BOX 3  CONCORD, NH, 60693-0622 | DAVE STAHLMAN, CFO  603-225-0010  LICENSING@BWDESIGNGROUP.COM | TRADE | | | | 133,170.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMPLIFYBIO, LLC, *et al.*,[1] | ) Case No. 25-[___] |
| | ) |
| Debtors. | ) (Joint Administration Requested) |
| | ) |

**CONSOLIDATED CORPORATE OWNERSHIP
STATEMENT AND LIST OF EQUITY INTEREST HOLDERS
PURSUANT TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1**

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the debtors and debtors in possession in the above-captioned cases (each, a "Debtor") hereby state as follows:

1. Debtor AmplifyBio, LLC is the direct parent of ADOC SSF, LLC.

2. Debtor ADOC SSF, LLC is 100% owned by Debtor AmplifyBio, LLC.

3. Debtor AmplifyBio, LLC is 100% owned by the following members:

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: AmplifyBio, LLC (1671); and ADOC SSF, LLC (3792). The corporate headquarters and the mailing address for the Debtors is 1425 NE Plain City-Georgesville Road, West Jefferson, Ohio 43162.

35974902.1

| Member | Class A Units | Initial Capital Contribution |
| --- | --- | --- |
| Battelle Services Company, Inc.<br>505 King Avenue<br>Columbus, Ohio<br>Attention: General Counsel | 10,000,000 | $100,000,000 |
| KAVRA 14 LLC<br>c/o Viking Global Investors LP<br>55 Railroad Avenue<br>Greenwich, CT 06830<br>Attention: General Counsel<br>Email: legalnotices@vikingglobal.com | 6,250,000 | $62,500,000 |
| Casdin Partners Master Fund, L.P.<br>1350 6th Avenue, Suite 2600,<br>New York, NY 10019 | 2,000,000 | $20,000,000 |
| Casdin Holdings – PGE II (AmplifyBio), LLC<br>1350 6th Avenue, Suite 2600,<br>New York, NY 10019 | 625,000 | $6,250,000 |
| Narya Capital Fund I, L.P.<br>425 Walnut Street,<br>Cincinnati OH 45202 | 500,000 | $5,000,000 |
| J. Kelly Ganjei | 55,000 | $550,000 |
| Gerald Hacker | 30,000 | $300,000 |
| Jaehyung Yoon | 25,000 | $250,000 |
| Karim Khoury | 15,000 | $150,000 |

Class B Units

|  | Class B Units | Units | Ownership (%) |
|---|---|---|---|
| Adam Hallet | 5,000 | 5,000 | 0.02% |
| Alex Schumacher | 5,000 | 5,000 | 0.02% |
| Amanda Haley | 13,000 | 13,000 | 0.04% |
| Amy Schaefer | 7,000 | 7,000 | 0.02% |
| Andrew Conroy | 2,750 | 2,750 | 0.01% |
| Andrew Patterson | 5,000 | 5,000 | 0.02% |
| Andrew Swope | 5,000 | 5,000 | 0.02% |
| Angela Yaeger | 5,000 | 5,000 | 0.02% |
| Arick Dentinger | 7,000 | 7,000 | 0.02% |
| Brian Shaum | 7,603 | 7,603 | 0.03% |
| Christina Kobs | 5,000 | 5,000 | 0.02% |
| Christine M Commons | 15,071 | 15,071 | 0.05% |
| Christy Smiley | 5,000 | 5,000 | 0.02% |
| Claire Freitag | 20,669 | 20,669 | 0.07% |
| David Lewandowski | 1,500 | 1,500 | 0.01% |
| Dean J Kobs | 28,882 | 28,882 | 0.10% |
| Debashis Dutta | 18,828 | 18,828 | 0.06% |
| Dustin Miller | 5,000 | 5,000 | 0.02% |
| Eric Kunkel | 129,890 | 129,890 | 0.44% |
| Eugene Boland | 25,649 | 25,649 | 0.09% |
| Evan Alexander | 9,386 | 9,386 | 0.03% |
| Felix Marusic | 8,972 | 8,972 | 0.03% |

| | | | |
|---|---|---|---|
| J. Kelly Ganjei | 1,204,145 | 1,259,145 | 4.26% |
| Jaehyung Yoon | 298,038 | 323,038 | 1.09% |
| Jason Fehlner | 23,323 | 23,323 | 0.08% |
| Jeve Willis | 14,924 | 14,924 | 0.05% |
| Josh Merkel | 2,250 | 2,250 | 0.01% |
| Karim Khoury | 140,660 | 155,660 | 0.53% |
| Kimberly LaPointe | 19,000 | 19,000 | 0.06% |
| L Gregory Kastner | 16,039 | 16,039 | 0.05% |
| Licet Ramirez | 2,625 | 2,625 | 0.01% |
| Mark J Perry | 24,000 | 24,000 | 0.08% |
| Mark R Perry | 7,536 | 7,536 | 0.03% |
| Michael Uhrin | 22,669 | 22,669 | 0.08% |
| Nicholas Lukkarila | 5,000 | 5,000 | 0.02% |
| Nikitaa Ashokan | 5,000 | 5,000 | 0.02% |
| Paul Boynton | 1,283 | 1,283 | 0.00% |
| Pawel Drapala | 30,337 | 30,337 | 0.10% |
| Rebecca Butler | 2,750 | 2,750 | 0.01% |
| Rebekkah Hesson | 5,000 | 5,000 | 0.02% |
| Robert Miotke | 15,000 | 15,000 | 0.05% |
| Roy E Barnewall | 16,031 | 16,031 | 0.05% |
| Sabrina Nicole Mcgraw | 16,207 | 16,207 | 0.05% |
| Sapna Varia | 7,000 | 7,000 | 0.02% |
| Shawnda V Armentrout | 14,966 | 14,966 | 0.05% |
| Shuo-Huan Hsu | 11,418 | 11,418 | 0.04% |
| Tony Hurley | 29,416 | 29,416 | 0.10% |

| Tory Blotter | 19,000 | 19,000 | 0.06% |
|---|---|---|---|
| Victoria Best | 18,977 | 18,977 | 0.06% |
| Vince Tolson | 9,463 | 9,463 | 0.03% |
| Wern Li Teh | 17,792 | 17,792 | 0.06% |
| Will White | 14,706 | 14,706 | 0.05% |
| Zheng Pan | 2,750 | 2,750 | 0.01% |
| *Class B Pool* | 1,175,907 | 1,175,907 | 3.98% |
| **TOTAL** | **3,529,412** | **29,528,459** | **100.00%** |

35974902.1

# AMPLIFYBIO, LLC
# ADOC SSF, LLC

## OMNIBUS WRITTEN CONSENT

May 16, 2025

The undersigned, being the members of the Special Committee of the Board of Directors of AmplifyBio, LLC, or the managing member, as applicable (each, a "Governing Body"), of each entity set forth above (each, a "Company," and, collectively, the "Companies"), hereby take the following actions and adopt the following resolutions by written consent (these "Resolutions") pursuant to such company's limited liability company agreement and the Delaware Limited Liability Company Act, as amended:

WHEREAS, the Governing Body of each Company has reviewed the materials presented by, or on behalf of, such Company's management (such Company's "Management") and its financial, legal, and other advisors (collectively, such Company's "Advisors"), including, but not limited to, materials regarding the liabilities, obligations, and liquidity of such Company, the strategic alternatives available to such Company, and the impact of the foregoing on such Company's business and the business of such Company's affiliates;

WHEREAS, the Governing Body of each Company has had adequate opportunity to consult with its Management and Advisors regarding the materials presented, to obtain additional information and to fully consider each of the strategic alternatives available to such Company;

WHEREAS, the Governing Body of each Company, after consultation with its Management and its Advisors, has determined that it is in the best interests of such Company to commence a case under chapter 11 of title 11 of the United States Code, §§ 101-1532, *et seq.* (the "Bankruptcy Code"); and

WHEREAS, the Governing Body of each Company has determined, in the judgment of such Governing Body, that the following resolutions, as applicable, are advisable and in the best interests of such Company, its interest holders, its subsidiaries (if any), its creditors, and other parties in interest.

### Chapter 11 Cases

NOW, THEREFORE, IT IS HEREBY RESOLVED, that in the judgment of the Governing Body of each Company, it is desirable and in the best interests of each Company and its creditors, and other parties in interest, that such Company file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code, §§ 101-1532, *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Ohio (the "Bankruptcy Court").

BE IT FURTHER RESOLVED, that J. Kelly Ganjei, in his capacity as Chief Executive Officer, or Kasey Rosado, in her capacity as Chief Restructuring Offer, or such other officer of each Company (together, the "Authorized Persons"), is authorized, empowered, and directed, in

36187828.1

the name of and on behalf of each Company to execute, verify and file all petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to commence the case and obtain chapter 11 relief, including but not limited to motions to obtain the use of cash collateral and provide adequate protection therefore and to obtain debtor-in-possession financing, and to take, or cause to be taken, such other actions, as in the judgment of such Authorized Person shall be or become necessary, advisable, proper, or desirable in connection with each of the Company's chapter 11 cases, such Authorized Person's performance of any such act and his execution and delivery of any such document, agreement, or instrument to be conclusive evidence of the Authorized Person's approval thereof.

**Debtor in Possession Financing**

  **BE IT FURTHER RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized, empowered, and directed, in the name of and on behalf of each Company to enter into a debtor in possession credit facility pursuant to the terms of a debtor in possession credit agreement in form and substance acceptable to the Authorized Persons with Battelle Memorial Institute and negotiate, execute, and file any related motions, documents, or instruments, each on terms and conditions agreed to by each Company and the lenders and such other terms as are customary for similar debtor-in-possession facilities, and to undertake any and all related transactions contemplated thereby.

**Retention of Advisors**

  **BE IT FURTHER RESOLVED**, that the Authorized Persons is hereby authorized, empowered, and directed, in the name of and on behalf of each Company, to employ the law firm of McDonald Hopkins LLC as general bankruptcy counsel to represent and advise the Companies in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance their rights and obligations, including filing any pleadings in connection with the chapter 11 cases; and in connection therewith, the Authorized Persons are hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 cases (and to replenish said retainers as necessary to maintain the same), and cause to be executed and filed an appropriate application with the Bankruptcy Court for authority to retain the services of McDonald Hopkins LLC.

  **BE IT FURTHER RESOLVED**, that the Authorized Persons are hereby authorized, empowered, and directed, in the name of and on behalf of each Company, to employ the firm of Hutchison PLLC as co-counsel to represent and advise the Companies in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance their rights and obligations in connection with the chapter 11 cases; and in connection therewith, the Authorized Persons are hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 cases (and to replenish said retainers as necessary to maintain the same), and cause to be executed and filed an appropriate application with the Bankruptcy Court for authority to retain the services of Hutchison PLLC.

  **BE IT FURTHER RESOLVED**, that the Authorized Persons are hereby authorized, empowered, and directed, in the name of and on behalf of each Company, to employ a financial

36187828.1

advisor and/or investment banker to represent and assist the Companies in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance their rights and obligations in connection with the chapter 11 cases; and in connection therewith, the Authorized Person is hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 cases (and to replenish said retainers as necessary to maintain the same), and cause to be executed and filed an appropriate application with the Bankruptcy Court for authority to retain the services of such financial advisor and/or investment banker.

**BE IT FURTHER RESOLVED**, that the Authorized Person is hereby authorized, empowered, and directed, in the name of and on behalf of each Company, to employ Epiq Corporate Restructuring, LLC as notice, claims, and balloting agent to assist the Companies in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance their rights and obligations in connection with the chapter 11 cases; and in connection therewith, the Authorized Person is hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 cases (and to replenish said retainers as necessary to maintain the same), and cause to be executed and filed an appropriate application with the Bankruptcy Court for authority to retain the services of such firm.

**BE IT FURTHER RESOLVED**, that the Authorized Person is hereby authorized, empowered, and directed, in the name of and on behalf of each Company, to employ any other professionals, including attorneys, accountants, financial advisors, investment bankers, and tax advisors, necessary to assist the Companies in carrying out their duties under the Bankruptcy Code; and in connection therewith, the Authorized Person is hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 cases, and cause to be executed and filed appropriate applications with the Bankruptcy Court for authority to retain the services of any other professionals, as necessary.

**Other Authorizations and Ratification**

**BE IT FURTHER RESOLVED**, that the Authorized Person, and any employees or agents (including counsel) designated by or directed by any such officers be, and each of them hereby is, authorized, empowered, and directed, in the name of and on behalf of each Company, to take any and all other actions as they may deem necessary or advisable to, in each Company's capacity as stockholder, shareholder, equity holder, managing member, sole member, general partner, limited partner, or member of any of the Companies to cause such Companies to execute, deliver, and perform any of the actions contemplated with respect to the chapter 11 cases and these Resolutions or the transactions contemplated hereby.

**BE IT FURTHER RESOLVED**, that all lawful acts, actions, and transactions relating to the matters contemplated by the foregoing Resolutions done by any Authorized Person or any director, member, employee, legal counsel, or other representative of or advisor to the Companies, in the name and on behalf of the Companies, which acts would have been approved by the foregoing Resolutions except that such acts were taken before these Resolutions were certified, are hereby in all respects approved and ratified.

**BE IT FURTHER RESOLVED**, that this Written Consent may be executed in counterparts, each of which shall be deemed an original, but all of which taken together shall constitute one and the same document.

*[Remainder of Page Intentionally Left Blank]*

36187828.1

**IN WITNESS WHEREOF**, the undersigned have duly executed this written consent as of the date first above written.

**AMPLIFYBIO, LLC:**

**MEMBERS:**

**J. KELLY GANJEI**

*[signature]*

Title: Chief Executive Officer

**ROHAN NIRODY**

*[signature]*

Title: Director

**SHAUN RODRIGUEZ**

*[signature]*

Title: Director

**ADOC SSF, LLC:**

**MEMBER:**

AMPLIFYBIO, LLC, as sole Member

By: *[signature]*
Name: J. Kelly Ganjei
Title: Chief Executive Officer

Signature Page to Authorizing Written Consent
36187828.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>ADOC SSF, LLC,<br><br>               Debtor. | ) Chapter 11<br>)<br>) Case No. 25-[    ]<br>)<br>)<br>) |

## **VERIFICATION OF CREDITOR MATRIX**

I, the Chief Restructuring Officer of the above-captioned entity named as a debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: May 16, 2025

*/s/ Kasey Rosado*
By: Kasey Rosado
Title: Chief Restructuring Officer

35974904.1